Thomas A. Egan, Esq. (TE-0141)
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendants The 120 Broadway Parties

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE: WORLD TRADE CENTER DISASTER    :  21 MC 102 (AKH)
SITE LITIGATION    :
:
---------------------------------------------------------------X
:
HENRY PALOMEQUE,    :  08-CV-2244 (AKH)
:
                        Plaintiff,    :  **NOTICE OF THE 120 BROADWAY**
:  **PARTIES' ADOPTION OF ANSWER**
- against -    :  **TO MASTER COMPLAINT**
:
120 BROADWAY CONDOMINIUM (CONDO #871),    :
*et al.*,    :
:
                        Defendants.    :
:
---------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendants The 120 Broadway Condominium (Condo #871), 120 Broadway Holdings, LLC, 120 Broadway Properties, LLC, 120 Broadway, LLC, Board of Managers of The 120 Broadway Condominium (Condo #871), and Silverstein Properties, Inc. (collectively, "The 120 Broadway Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt the 120 Broadway Parties' Answer to Master Complaint, dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

2

WHEREFORE, the 120 Broadway Parties demand judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  New York, New York
        May 9, 2008

>                    FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
>                    Attorneys for Defendants The 120 Broadway Parties
>
>                    By: *[signature]*
>                        Thomas A. Egan (TE-0141)
>                    One Liberty Plaza
>                    New York, New York  10006-1404
>                    (212) 412-9500

304165/23928                          2