UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
HENRY PALOMEQUE, : 08-CV-02244-AKH

                 Plaintiff, :
                                       : **APPEARANCE**
   - against - :

120 BROADWAY CONDOMINIUM : **ELECTRONICALLY FILED**
(CONDO#871), *et al.*, :

                Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       June 30, 2008

                                             By:    /s/ Judith R. Cohen
                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                               _____
                                               Judith R. Cohen (JC-8614)
                                               1177 Avenue of the Americas
                                               New York, New York 10036
                                               Phone: (212) 277-6500
                                               Fax: (212) 277-6501

                                               *Attorney for Defendant*
                                               222 BROADWAY, LLC.

DOCSNY-314309