Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
:
:
:
-------------------------------------------------------------X
HENRY PALOMEQUE,                         :   08-CV-02244-AKH
:
            Plaintiff,                   :
:   **NOTICE OF ADOPTION**
    - against -                          :   **OF ANSWER**
:   **TO MASTER COMPLAINT**
120 BROADWAY CONDOMINIUM                 :   **BY 222 BROADWAY**
(CONDO #871), *et al.*,                  :
:   **ELECTRONICALLY FILED**
:
            Defendants.                  :
-------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant 222 Broadway, LLC ("222 Broadway"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts 222 Broadway's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, 222 Broadway demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 30, 2008

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
_____
Robert J. Higgins (RH-6477)
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorneys for Defendant*
222 BROADWAY, LLC.